UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| United States of America<br>Plaintiff,<br><br>v.<br><br>Kyle Edward Cox<br>Appellee. | Case No. 1:16-cr-00082-LJM-TAB |

**ADDENDUM TO DEFENDANT'S PRESENTENCE MEMORANDUM**

Comes now the Defendant, Kyle Cox, and submits to the Court an Addendum to his Presentence Memorandum, and hereby submits the following additional letters for family and friends as follows:

Exhibit "47"   Letter from Scott K. Nichols

Exhibit "48"   Letter from Tony e. Cox MA, ATC, LAT

Exhibit "49"   Letter from Karen Cox

Exhibit "50"   Letter from Caitlin Cox Bruin

'

Respectfully Submitted,

/s/James H. Voyles_____
James H. Voyles, #631-49


/s/Jennifer M. Lukemeyer_____
Jennifer M. Lukemeyer, #17908-49

1

James H. Voyles, 631-49
Jennifer M. Lukemeyer, 17908-49
VOYLES ZAHN & PAUL
141 E. Washington Street, Ste. 300
Indianapolis IN 46204
(317) 632-4463
jvoyles@vzplaw.com
jlukemeyer@vzplaw.com

## Certificate of Service

I hereby certify that on July 22, 2016, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/James H. Voyles_____
James H. Voyles, #631-49


JAMES H. VOYLES #631-49
Jennifer M. Lukemeyer, 17908-49
VOYLES ZAHN & PAUL
141 E. Washington Street, Ste. 300
Indianapolis IN 46204
(317) 632-4463
jvoyles@vzplaw.com
jlukemeyer@vzplaw.com